AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

|  |  |  |
|---|---|---|
| MICHAEL RYAN | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.   1:19-cv-04054-JMS-DLP |
| ALLIED INTERSTATE, LLC | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ALLIED INTERSTATE, LLC
C/O REGISTERED AGENT
C T CORPORATION SYSTEM
150 WEST MARKET STREET, SUITE 800
INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        9/30/2019

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:19-cv-04054

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Allied Interstate, LLC

was received by me on *(date)*  10-2-19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Patrick Jones , who is

designated by law to accept service of process on behalf of *(name of organization)* Allied
Interstate, LLC on *(date)* 10-3-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/5/19

*Server's signature*

Christina Gregory, Process Server
*Printed name and title*

Evolution Process Service
5335 N Tacoma Ave, Suite 5
Indianapolis, IN 46220
www.serveindiana.com
*Server's address*

Additional information regarding attempted service, etc: